UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: james stone                JOINT DEBTOR: _____        CASE NO.: 12-35537

Last Four Digits of SS#  xxx-xx-3937        Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ __670.00__ for months __1__ to __60__ ;
B. $ _____ for months ____ to ____ ;
C. $ _____ for months ____ to ____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ __2500.00__   TOTAL PAID $ __2500.00__
Balance Due $ __-NONE-__ payable $ _____ /month (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **IRS Department of Treasury**     Arrearage on Petition Date  $ __0.00__
   Address: Internal Revenue Service; Philadelphia, PA 19154     Arrears Payment $ __0.00__ /month (Months __0__ to __0__)
   Account No: xxxxx3937     Regular Payment $ __123.15__ /month (Months __1__ to __60__)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| -NONE- | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. IRS Department of Treasury Internal Revenue Service; Philadelphia, PA 19154 xxxxx3937
   Total Due $ 3,655.69
   Payable $ 73.11 /month     (Months 1 to 50) Regular Payment $ N/A

2. soundings hoa c/o michael j gelfand esq; 1555 palm beach lakes blvd suite 1220; West Palm Beach, FL 33401
   Total Due $ 20,000.00
   Payable $ 400.00 /month     (Months 1 to 50) Regular Payment $ N/A

Unsecured Creditors: Pay $ **466.85** /month (Months **50** to **60**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
-NONE-

**Assumed Contracts and/or Leases**
-NONE-

**Special Intentions:**
**Capitol One: Debtor will pay claim directly at 0.00 per month.**

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

Chase: Debtor will pay claim directly at 364.00 per month.
Countrywide Home Loans: Debtor will pay claim directly at 1,225.00 per month.
pnc bank visa: Debtor will pay claim directly at 0.00 per month.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ james stone
James stone
Debtor

Date:  January 15, 2013