

ORDERED in the Southern District of Florida on May 20, 2013.

Erik P. Kimball, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                     Case No. 12-35537-EPK

JAMES STONE,                                     Chapter 13

      Debtor.
_____/

### ORDER DENYING MOTION FOR RECONSIDERATION

THIS MATTER came before the Court for hearing on May 7, 2013 upon the *Motion for Emergency Hearing to Request Reconsideration for Reinstatement of Chapter 13 Case Dismissed for Denial of Confirmation of Plan* [ECF No. 29] (the "Motion") filed by James Stone (the "Debtor"). For the reasons stated on the record, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that the Motion [ECF No. 29] is DENIED.

###

Copies furnished to:   Herbert W. Biggs, Esq.

Herbert W. Biggs, Esq. is directed to serve a copy of this Order upon all interested parties and to file a certificate of service with the Court.